CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT 12 2006
JOHN F. CORCORAN, CLERK
BY: 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARLOS E. BROWN, SR., <br> Plaintiff, | ) <br> ) Civil Action No. 7:06cv00563 <br> ) |
| v. | ) FINAL ORDER <br> ) |
| N. STEVENS, et al., <br> Defendants. | ) <br> ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court, and all pending motions are **DENIED as MOOT**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 12th day of October, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge